# United States District Court
# Western District of Texas
# Waco Division

| | § | |
|---|---|---|
| WAG ACQUISITION, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| – against – | § | |
| | § | No. 6:21-cv-815 |
| AMAZON.COM, INC., | § | Patent Case |
| AMAZON WEB SERVICES, | § | Jury Trial Demanded |
| INC., and AMAZON.COM | § | |
| SERVICES LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff WAG Acquisition, L.L.C. discloses that it has no parent corporation and that there is no publicly-held company that owns 10% or more of its stock.

Dated: August 6, 2021

**HALEY & OLSON, P.C.**
100 North Ritchie Road, Suite 200
Waco, Texas 76712
Tel: (254) 776-3336
Fax: (254) 776-6823
By: */s/ Brandon R. Oates*
Brandon R. Oates (State Bar No. 24032921)
Email: *boates@haleyolson.com*
*Attorneys for Plaintiff WAG Acquisition, L.L.C.*

OF COUNSEL:

**LISTON ABRAMSON LLP**
The Chrysler Building
405 Lexington Ave, 46th Floor
New York, New York 10174
Tel: (212) 257-1630
Ronald Abramson
David G. Liston
Ari J. Jaffess
Alex G. Patchen
M. Michael Lewis
Gina K. Kim
Email: *docket@listonabramson.com*