IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WAG ACQUISITION, L.L.C. | § | |
| | § | |
| V | § | NO. 6:21-CV-815-ADA |
| | § | |
| AMAZON.COM, INC. ET AL | § | |

### **NOTICE OF APPEARANCE OF COUNSEL**

Defendants Amazon.com, Inc., Amazon Web Services, Inc. and Amazon.com

Services LLC (collectively "Amazon" or "Defendants") hereby notify the Court that

Deron R. Dacus of the firm The Dacus Firm, P.C., 821 ESE Loop 323, Suite 430, Tyler,

Texas 75701, 903/705-1117, ddacus@dacusfirm.com, has entered this action as counsel

to be noticed on their behalf.  In connection with this notice, Mr. Dacus requests that all

future pleadings and other papers filed under FED. R. CIV. P. 5 be served on him at the

above address and contact information.

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
Texas Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
E-mail: ddacus@dacusfirm.com

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 17th day of September, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.


*/s/ Deron R. Dacus*
Deron R. Dacus

2